**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ASHTON KRUKOWSKI,

    Plaintiff,

    v.

LVMPD et al.,

    Defendants.

2:16-cv-01701-APG-VCF

**ORDER**

**I.    DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Clark County Detention Center ("CCDC"), has submitted a two-page civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

Additionally, the Court finds that Plaintiff's two-page complaint (ECF No. 1) is insufficient to initiate a civil rights lawsuit. The complaint names multiple defendants and then states that Plaintiff "introduces a civil rights complaint to the honorable United States District Court, District of Nevada, occurring from the events in case #C-16-312854-1 and pertain to the violation of the plaintiff's civil rights by the actions of said defendants, which were directed

against the plaintiff." (ECF No. 1 at 2-3). The Court grants Plaintiff thirty (30) days from the date of this order to submit an amended complaint on this Court's approved form.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff shall submit an amended complaint on this Court's approved form to this Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court shall also send Plaintiff a copy of his initiating document (ECF No. 1 at 2-3). Plaintiff must use the approved form and he shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This __22nd__ day of July, 2016.

_____
United States Magistrate Judge