UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ASHTON KRUKOWSKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LVMPD et al.,<br><br>　　　　　Defendant. | Case No. 2:16-cv-01701-APG-VCF<br><br>**ORDER DENYING REQUEST FOR REHEARING AND MOTION FOR APPOINTENT OF COUNSEL**<br><br>(ECF Nos. 17, 18) |

　　　　Nearly 18 months ago, I dismissed the plaintiff's case in its entirety, without prejudice. ECF No. 12. Shortly thereafter, I denied the plaintiff's motion for reconsideration. ECF No. 15. I ordered the plaintiff not to file any more papers in this case because it is closed. I suggested that the plaintiff may be able to raise his claims in a post-conviction habeas corpus petition. *Id.* Despite that, the plaintiff has now filed a motion for rehearing and a motion for appointment of counsel. ECF Nos. 17, 18. There is no good reason to grant those motions, so they are denied. Again, the plaintiff is ordered not to file any more papers in this case.

　　　　IT IS THEREFORE ORDERED that the plaintiff's motions **(ECF Nos. 17, 18) are DENIED.**

　　　　IT IS FURTHER ORDERED that Plaintiff shall not file any more documents in this closed case.

　　　　DATED this 30th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE